UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYL AGNEW, et al.<br><br>           Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>           Defendant. | No: 15-340 (ABJ) |

PROPOSED ORDER

Plaintiffs' motion to amend their Second Amended Complaint is granted; and the Clerk is kindly directed to file plaintiffs' Third Amended Complaint this day.

_____
The Honorable Amy Berman Jackson
United States District Court Judge