UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYL THOMAS AGNEW, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 15-0340 (ABJ) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 12 and 58, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that defendant's motion to dismiss the third amended complaint [Dkt. # 37] is **GRANTED**.

This is a final appealable order.

**SO ORDERED**.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: June 26, 2017