UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYL THOMAS AGNEW<br>4223 Brooks Street, NE,<br>Washington DC 20019<br><br>and<br><br>ALEX DENNIS<br>3130 Buena Vista Terrace, SE<br>Apt. 1<br>Washington, DC 20020<br><br>and<br><br>RAYNEKA WILLIAMSON<br>425 2d Street, NE<br>Washington, DC<br><br>Plaintiffs<br><br>   v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant | Civil Action No.: 15-340 (ABJ) |

Civil Notice of Appeal

Notice is hereby given this 25th day of July, 2017 that Plaintiffs Darryl Thomas Agnew, Alex Dennis, and Rayneka mmm Williams, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of the Court entered June 26, 2017 [Document # 42] in favor of the defendant, government of the District of Columbia, against said plaintiffs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ William Claiborne<br>WILLIAM CLAIBORNE | /s/ Lynn E. Cunningham<br>Lynn E. Cunningham, Esq. |

| | |
|---|---|
| D.C. Bar # 446579 | DC Bar# 221598 |
| Counsel for plaintiffs and the classes<br>2020 Pennsylvania Ave, NW<br>#395<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | Counsel for plaintiffs and the classes<br>306 Westview Drive,<br>Dubois, WY  82513<br>Phone:  307-431-4158<br>Email: lcunningham@law.gwu.edu |

Respectfully submitted,

/s/ Michael Bruckheim
MICHAEL BRUCKHEIM
D.C. Bar # 455192.

Counsel for Named Plaintiffs
and the Classes

1 Church St
# 910
Rockville, MD 20850
Phone (240) 753-8222